Patience Milrod (SBN 77466)
Amelia Arámbula (SBN 210291), of counsel
Law Office of Patience Milrod
985 North Van Ness Avenue
Fresno, California 93728
Telephone:    (559) 246-7239
              (559) 824-7829
Email: pm@patiencemilrod.com

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTIVA LA SALUD, a nonprofit community benefit organization; and FRESNO BUILDING HEALTHY COMMUNITIES, a nonprofit community benefit organization,<br><br>　　　　　　　Petitioners,<br><br>　vs.<br><br>COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, a California nonprofit public benefit corporation; FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY HEALTH SYSTEM, a California nonprofit public benefit corporation; and DOES 1-15,<br><br>　　　　　　　Respondents. | Case No.: 1:24-cv-01065-JLT-EPG<br><br>NOTICE OF MOTION AND MOTION FOR REMAND OF PETITION TO STATE COURT<br><br><br>**Hearing Date**:　October 22, 2024<br>**Time**:　　　　9:00 a.m.<br>**Place**:　　　  2500 Tulare Street<br>　　　　　　　Courtroom 4<br>　　　　　　　Fresno, California 93721<br><br>**Judge**:　　　　Hon. Jennifer Thurston |

**TO:    THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, RESPONDENTS, AND THEIR ATTORNEYS, HARSH P. PARIKH, JONAH D. RETZINGER, CHRISTOPHER D. GRIGG, MORGAN C. NIGHAN, MICHAEL S. HELSLEY, JOHN P. KINSEY, and COLLEEN E. LITTLE:**

PLEASE TAKE NOTICE that on October 22, 2024, at 9:00 a.m., in Courtroom 4 of the above-entitled court, or as soon thereafter as the matter may be heard, the Petitioners, CULTIVA LA SALUD and FRESNO BUILDING HEALTHY COMMUNITIES, will and do

1

Notice of Motion and Motion to Remand to Fresno County Superior Court
*Cultiva La Salud, et al. vs. Community Hospitals, et al.*

1  hereby move the Court for an Order remanding this matter to the Fresno County Superior

2  Court, pursuant to 28 U.S.C. § 1447(c).

3      Petitioners' Motion to Remand is based upon Respondents' failure to carry their burden

4  of proving the propriety of removal.

5      On Wednesday, September 11, 2024, counsel for the parties met by zoom, pursuant to

6  Standing Order 1.C., to confer about the substance of this contemplated motion and any

7  potential resolution, and to resolve minor procedural or other non-substantive matters.

8  Although the parties could not reach an agreement that would obviate the need for a remand

9  motion and Respondents expect to oppose, the parties did agree to further conversation once

10 Respondents' counsel has reviewed the motion pleadings.

11     Petitioners' motion is based upon this notice, upon the accompanying Memorandum of

12 Points and Authorities served and filed herewith, and upon any oral or documentary evidence

13 that may be presented before or at the hearing on this motion.

14

15 DATED: September 17, 2024        Respectfully submitted,

16                       *Patience Milrod*

17                       Patience Milrod
                        Attorney for Petitioners

18

19

20

21

22

23

24

2

Notice of Motion and Motion to Remand to Fresno County Superior Court
*Cultiva La Salud, et al. vs. Community Hospitals, et al.*