Patience Milrod (SBN 77466)
Amelia Arámbula (SBN 210291), of counsel
Law Office of Patience Milrod
985 North Van Ness Avenue
Fresno, California 93728
Telephone:    (559) 246-7239
              (559) 824-7829
Email: pm@patiencemilrod.com

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTIVA LA SALUD, a nonprofit community benefit organization; and FRESNO BUILDING HEALTHY COMMUNITIES, a nonprofit community benefit organization,<br><br>    Petitioners,<br><br>  vs.<br><br>COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, a California nonprofit public benefit corporation; FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY HEALTH SYSTEM, a California nonprofit public benefit corporation; and DOES 1-15,<br><br>    Respondents. | Case No.: 1:24-cv-01065-JLT-EPG<br><br>[PROPOSED] ORDER FOR REMAND OF PETITION TO STATE COURT<br><br><br>**Hearing Date**:  October 22, 2024<br>**Time**:         9:00 a.m.<br>**Place**:        2500 Tulare Street<br>                 Courtroom 4<br>                 Fresno, California 93721<br>**Judge**:        Hon. Jennifer Thurston |

This matter came on regularly for hearing on October 22, 2024, in Courtroom 4 of the above-entitled court, the Honorable Jennifer Thurston presiding.  Petitioners and Respondents appeared by their attorneys of record.  The Court having considered the papers and oral argument, and good cause appearing:

IT IS HEREBY ORDERED that the within matter be, and is hereby, remanded to the Fresno County Superior Court.  The Clerk of this Court is hereby directed to deliver by mail a

1

[Proposed] Order for Remand to Fresno County Superior Court
*Cultiva La Salud, et al. vs. Community Hospitals, et al.*

certified copy of this order of remand to the clerk of the Fresno County Superior Court.

    IT IS SO ORDERED.

DATED:

                                                                  Hon. Jennifer L. Thurston
                                                                  United States District Judge

2

[Proposed] Order for Remand to Fresno County Superior Court
*Cultiva La Salud, et al. vs. Community Hospitals, et al.*