

United States District Court
Eastern District of California

**FILED**

SEP 24 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| Cultiva La Salud et al. |
|---|
| Plaintiff(s) |

Case Number: 1:24-cv-01065-JLT-EPG

V.

| Community Hospitals, et al. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Morgan C. Nighan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Community Hospitals of Central California and Fresno Community Hospital and Medical Center

On 01/26/2011 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/23/2024        Signature of Applicant: /s/ Morgan C. Nighan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Morgan C. Nighan |
| Law Firm Name: | Nixon Peabody LLP |
| Address: | Exchange Place |
| | 53 State Street |
| City: | Boston   State: MA   Zip: 02109 |
| Phone Number w/Area Code: | (617) 345-1031 |
| City and State of Residence: | Boston, MA |
| Primary E-mail Address: | mnighan@nixonpeabody.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Harsh P. Parikh (SBN 281402); Jonah D. Retzinger (SBN 326131); Christohpher Grigg (SBN 220243) |
| Law Firm Name: | Nixon Peabody LLP |
| Address: | 300 S. Grand Avenue, Suite 4100 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 629-6000   Bar # 281402; 326131; 220243 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/24/24

[signature]

JUDGE, U.S. DISTRICT COURT

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 26, 2011**, said Court being the highest Court of Record in said Commonwealth:

## Morgan C. Nighan

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **September** in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

### Morgan C. Nighan

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

November 7, 2012,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.



In Testimony Whereof, I have hereunto set my hand, and affixed the seal of said Court, this 10th day of September 2024

_Timothy A. Gudas_, Clerk



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

*Morgan Caissie Nighan*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 15, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on September 9, 2024.

*Clerk of the Court*

CertID-00190037

 # Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

     Bar examination history is available from the New York State Board of Law Examiners.

     Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020