1  Patience Milrod (SBN 77466)
   Amelia Arámbula (SBN 210291), of counsel
2  Law Office of Patience Milrod
   985 North Van Ness Avenue
3  Fresno, California 93728
   Telephone:    (559) 246-7239
4  Email: pm@patiencemilrod.com
            amyarambula@patiencemilrod.com
5
6  Attorneys for Petitioners
   CULTIVA LA SALUD and FRESNO
7  BUILDING HEALTHY COMMUNITIES

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 | CULTIVA LA SALUD, a nonprofit community benefit organization; and FRESNO BUILDING HEALTHY COMMUNITIES, a nonprofit community benefit organization, | No. 1:24-cv-01065-JLT-EPG |
|---|---|
| Petitioners, | **CERTIFICATE OF SERVICE** |
| v. | |
| COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, a California nonprofit public benefit corporation; FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY HEALTH SYSTEM, a California nonprofit public benefit corporation; et al, | District Judge: Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Erica P. Grosjean |
| Respondents. | |

23

24 ///

25 ///

26 ///

27 ///

28 ///

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 623 E. Cambridge Avenue, Fresno CA 93704.

On November 20, 2024, I served a copy of the within document(s):

1. **PETITIONERS' CULTIVA LA SALUD and FRESNO BUILDING HEALTHY COMMUNITIES' OPPOSITION TO RESPONDENTS' MOTION TO DISMISS THE PETITION PURSUANT TO FED. R. CIV. P. 12(b)(6)**

2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITIONERS' MOTION FOR REMAND OF PETITION TO STATE COURT**

3. **CERTIFICATES OF SERVICE**

**XX**  **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

___  **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Fresno, California addressed as set forth below.

___  **(PERSONAL DELIVERY)** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| HARSH P. PARIKH (SBN 281402)<br>JONAH D. RETZINGER (SBN 326131)<br>CHRISTOPHER D. GRIGG (SBN 220243)<br>MORGAN C. NIGHAN<br>NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, California 90071-3151<br>Tel: 213-629-6000<br>Email: **hparikh@nixonpeabody.com**<br>Email: **jretzinger@nixonpeabody.com**<br>Email: **cgrigg@nixonpeabody.com**<br>Email: **mnighan@nixonpeabody.com** | Attorneys for Community Hospitals of Central California and Fresno Community Hospital and Medical Center |
| MICHAEL S. HELSLEY (SBN 199103)<br>JOHN P. KINSEY (SBN 215916)<br>COLLEEN E. LITTLE (SBN 352554)<br>WANGER JONES HELSLEY PC<br>265 East River Park Circle, Suite 310<br>Fresno, California 93720<br>Tel: (559) 233-4800 | Attorneys for Community Hospitals of Central California and Fresno Community Hospital and Medical Center |

Email: **mhelsley@wjhattorneys.com**
Email: **jkinsey@wjhattorneys.com**
Email: **clittle@wjhattorneys.com**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 20, 2024, at Fresno, California.

By: *Amelia Arambula*
    AMELIA ARAMBULA